CASE No: 3:10-bk-03035-JAF

## CERTIFICATE OF SERVICE

I, ASHBY ALLAN McCLANAHAN, JR. (name), certify that service of this summons and a copy of the complaint was made 13 July 2011 (date) by:

☒ Mail service: Regular, first class United States mail,* postage fully pre-paid, addressed to: All addressees listed on attached ADDENDUM TO SUMMONS CERTIFICATE OF SERVICE

\* Certified Return Receipt Requested

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 13 July 2011         Signature [signature]
                          ASHBY ALLAN McCLANAHAN, JR.
Print Name:
Business Address:         212 N. PARK AVENUE
                          SANFORD, FL 32771

UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO.: 3:10-bk-03035-JAF

ASHBY ALLAN McCLANAHAN, JR.,
a/k/a ASHBY A. McCLANAHAN, JR.,
Debtor.

CHAPTER 7

_____/

## ADDENDUM TO SUMMONS CERTIFICATE OF SERVICE

IRS, Box 21126, Philadelphia, PA 19114

IRS, Box 21125, Philadelphia, PA 19114

IRS, 1111 Constitution Avenue, N.W., Washington, D.C. 20324

IRS, 400 West Bay Street, #35045 Stop5720-GRP-3, Jacksonville, FL 32202

Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, Pa 19101-7346

U.S. Attorney General, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001

United States Attorney, 300 North Hogan Street, Suite 700, Jacksonville,FL 32202-4204

United States Attorney, 501 W. Church Street, #300, Orlando, Florida 32802 Attn: Civil Process Clerk

United States Trustee - JAX 7 7, 135 W Central Blvd, Suite 62, Orlando, FL 32801-2440

Donald F. Walton, United States Trustee, c/o Jill Ellen Kelso, Trial Attorney, Office of the U.S. Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801-2476

Alexander G. Smith, 2601 University Blvd., West, Jacksonville, FL 32217-2112

ASHBY ALLAN McCLANAHAN, JR., Debtor
212 North Park Avenue
Sanford, Florida 32771
Telephone: (407) 322-6012
Facsimile: (407) 323-1478
Email: aamcclanahanjr@gmail.com

Form B 250A (12/09)

FILED
JACKSONVILLE, FLORIDA
JUL 1 8 2011
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# United States Bankruptcy Court

__MIDDLE__ District Of __FLORIDA__

In re __ASHBY ALLAN MCCLANAHAN, JR.__,  )  Case No. __3-10-bk-3035-JAF__
       Debtor )
                               )  Chapter __7__
                               )

__ASHBY ALLAN MCCLANAHAN, JR.__    )
       Plaintiff                                      )
                               )
   v.                                              )  Adv. Proc. No. __11-ap-331__
                               )
__INTERNAL REVENUE SERVICE__       )
       Defendant                                    )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:

        Clerk, U.S. Bankruptcy Court
        Middle District of Florida
        300 North Hogan St., Ste 3-350, Jacksonville, FL 32202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:
        Ashby Allan McClanahan, Jr.
        212 North Park Avenue
        Sanford, FL 32771

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

LeeAnn Bennett  _(Clerk of the Bankruptcy Court)_

Date __June 29, 2011__  By: _____ (Deputy Clerk)